UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**14 CR    468**

JUDGE LEINENWEBER

MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| BEAU B. BRINDLEY and | ) Violations: Title 18, United States |
| MARINA COLLAZO, aka "Marina Perez" | ) Code, Sections 371, 1512(c)(2), and |
| | ) 1623(a) |

**FILED**

### COUNT ONE

The SPECIAL FEBRUARY 2014 GRAND JURY charges:

AUG 21 2014 JN

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1.     At times material to this Indictment:

a.     On or about September 4, 2008, a federal grand jury in the Northern District of Illinois returned a two-count indictment charging Carlos Cruz, Joel Perez, and Alexander Vasquez with conspiring to knowingly and intentionally possess with intent to distribute a controlled substance; and attempting to possess a controlled substance, in violation of Title 21, United States Code, Section 846.    The case was assigned case number 08-CR-625.

b.     Carlos Cruz and Joel Perez pleaded guilty to the charge of conspiring to knowingly and intentionally possess with intent to distribute a controlled substance in violation of Title 21, United State Code, Section 846.   The case against Alexander Vasquez, *United States of America v. Alexander Vasquez*, Case Number 08-CR-625, commenced as a jury trial in the United States District Court for the Northern District of Illinois.

c.     Defendant BEAU B. BRINDLEY was a defense attorney representing Alexander Vasquez in Case No. 08-CR-625.

d.     Defendant MARINA COLLAZO testified under oath in the trial of *United States of America v. Alexander Vasquez*, Case No. 08-CR-625.

e. The following issues were material in the trial of *United States of America v. Alexander Vasquez*, Case No. 08-CR-625: (i) the reason why Alexander Vasquez drove a Pontiac Bonneville to Arlington Heights, Illinois on August 5, 2008; (ii) whether MARINA COLLAZO had asked Alexander Vasquez to drive the Pontiac Bonneville to Arlington Heights and gave him the keys to the Bonneville; and (iii) whether MARINA COLLAZO had been induced to testify falsely.

2. From approximately August 2009, and through September 2009, at Chicago, in the Northern District of Illinois

**BEAU BRINDLEY and**
**MARINA COLLAZO, aka "Marina Perez"**

defendants herein, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to commit offenses against the United States, namely, (i) to make materially false declarations under oath before the United States District Court in the Northern District of Illinois, in violation of Title 18, United States Code, Section 1623(a); and (ii) to obstruct, influence, or impede an official proceeding in violation of Title 18, United States Code, Section 1512(c)(2).

### Manner and Means

3. It was part of the conspiracy that BEAU B. BRINDLEY prepared false testimony for Alexander Vasquez.

4. It was also part of the conspiracy that BEAU B. BRINDLEY and others recruited MARINA COLLAZO to testify falsely at Alexander Vasquez's trial.

5. It was also part of the conspiracy that BEAU B. BRINDLEY prepared false testimony for MARINA COLLAZO.

6.     It was also part of the conspiracy that BEAU B. BRINDLEY and MARINA COLLAZO and others presented the false testimony of MARINA COLLAZO at Alexander Vasquez's trial.

7.     It was further part of the conspiracy that BEAU B. BRINDLEY concealed and hid, and caused to be concealed and hidden, the existence of acts done in furtherance of the conspiracy.

## Overt Acts

8.     In furtherance of the conspiracy and to effect its unlawful objectives, defendants committed and caused to be committed the following overt acts, among others:

a.     In August 2009, BEAU B. BRINDLEY, through Alexander Vasquez, solicited Joel Perez to plead guilty to the indictment without implicating Vasquez in the factual basis of a plea agreement.

b.     In or around August 2009, BEAU B. BRINDLEY and Attorney A rehearsed multiple versions of a direct examination with Alexander Vasquez in the event Vasquez testified on his own behalf.  The proposed direct examinations contained false explanations as to why Vasquez was driving a Pontiac Bonneville on August 5, 2008.

c.     In or around August 2009, BEAU B. BRINDLEY and others recruited MARINA COLLAZO to testify falsely on behalf of Alexander Vasquez.

d.     In or around August 2009, BEAU B. BRINDLEY rehearsed a direct examination with MARINA COLLAZO.  The proposed direct examination of COLLAZO contained a false explanation as to why Vasquez was driving a Pontiac Bonneville on August 5, 2008.

e.     On or about August 21, 2009, BEAU B. BRINDLEY prepared a letter to MARINA COLLAZO in which he directed COLLAZO how to respond to questions on direct

examination and cross-examination.    The letter also directed COLLAZO to act "surprised" and "offended" in response to certain questions.

     f.   Between August 27, 2009, and September 1, 2009, MARINA COLLAZO testified falsely during the trial of Alexander Vasquez, as directed by BEAU B. BRINDLEY and as alleged in Counts Two, Three, and Four of the Indictment.

  All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL FEBRUARY 2014 GRAND JURY further charges:

On or about August 27, 2009, at Chicago, in the Northern District of Illinois,

**BEAU BRINDLEY and
MARINA COLLAZO, aka "Marina Perez"**

knowingly made and caused the making of a false material declaration under oath in the United States District Court during the trial of *United States v. Alexander Vasquez*, Case No. 08-CR-625, when defendant BRINDLEY asked the following questions and defendant COLLAZO gave the following answers:

Q.      Do you remember approximately what time [Joel Perez] left with his friend?

A.      Had to be 4:00 o'clock.

Q.      And was it after that that you asked Alexander [Vasquez] that if he would go and pick him up?

A.      It wasn't right away, but some moments afterwards.   I told him he should go.   I don't want to go.

Q.      And you said that he agreed, right?   Yes?

A.      Yes.   Yes.

Defendants COLLAZO and BRINDLEY knew that this testimony was false because they knew defendant COLLAZO had not asked Alexander Vasquez to pick up Joel Perez on August 5, 2008.

In violation of Title 18, United States Code, Sections 1623(a) and 2.

## COUNT THREE

The SPECIAL FEBRUARY 2014 GRAND JURY further charges:

On or about August 27, 2009, at Chicago, in the Northern District of Illinois,

**BEAU BRINDLEY and
MARINA COLLAZO, aka "Marina Perez"**

knowingly made and caused the making of a false material declaration under oath in the United States District Court during the trial of *United States v. Alexander Vasquez*, Case No. 08-CR-625, when defendant BRINDLEY asked the following questions and defendant COLLAZO gave the following answers:

Q.    Now, when Alexander Vasquez went to go and pick up Joel Perez, did you give him the keys to the Bonneville right away when he left?

A.    No. He walked out and then walked back in and told me that I was blocking his car.

Q.    Where was Mr. Vasquez's car parked?

A.    In the garage.

Q.    Was that a gray Toyota?    Is that the kind of car that was there?

A.    Yes.

Q.    And where was the Bonneville?

A.    In the back.

Q.    Directly behind it so it couldn't get out?

A.    Um-hum, yes.

Q.    So did Mr. Vasquez actually go out to the Toyota first?

A.    Yes, I think so.    I heard the door open and close.

Q.    And then he come back inside because the car was blocking it?

A.    Yes.

Q.      And so when Mr. Vasquez came back inside, what did you do?

A.      I told him to take the car, the keys.

Q.      And so you gave him the keys to the Bonneville?

A.      Yes.

Defendants COLLAZO and BRINDLEY knew that this testimony was false because they knew defendant COLLAZO had not given Alexander Vasquez keys to the Bonneville on August 5, 2008.

In violation of Title 18, United States Code, Sections 1623(a) and 2.

## COUNT FOUR

The SPECIAL FEBRUARY 2014 GRAND JURY further charges:

On or about September 1, 2009, at Chicago, in the Northern District of Illinois,

**BEAU BRINDLEY and
MARINA COLLAZO, aka "Marina Perez"**

knowingly made and caused the making of a false material declaration under oath in the United States District Court during the trial of *United States v. Alexander Vasquez*, Case No. 08-CR-625, when defendant BRINDLEY asked the following questions and defendant COLLAZO gave the following answers:

Q.    And when I spoke to you about what you remembered about August 5th, I told you that all I wanted you to do was tell us the truth about what happened.    That's what I told you, isn't it?

\*          \*          \*

Q.    Isn't it?

A.    Yes.

Q.    Let's get one thing straight.    During all the meetings that I ever had with you, Mrs. Perez, I never once told you what to say about anything, did I?

\*      \*      \*

A.    No, you didn't.

Defendants COLLAZO and BRINDLEY knew that this testimony was false because they had in fact planned and agreed that COLLAZO would testify falsely about the events of August 5, 2008, based on fictitious information provided to COLLAZO by BRINDLEY.

In violation of Title 18, United States Code, Sections 1623(a) and 2.

8

## COUNT FIVE

The SPECIAL FEBRUARY 2014 GRAND JURY further charges:

Between in or around August 2009, and in or around September 2009, at Chicago, in the

Northern District of Illinois,

### BEAU BRINDLEY

corruptly obstructed, influenced, and impeded an official proceeding, and attempted to do so,

namely, the jury trial of Alexander Vasquez, case number 08-CR-625, in the United States

District Court for the Northern District of Illinois, by knowingly presenting false testimony.

In violation of Title 18, United States Code, Section 1512(c)(2).


A TRUE BILL:


_____

FOREPERSON


Date:_____


_____
MICHAEL J. CHMELAR
MEL S. JOHNSON
Special Attorneys to the
United States Attorney General