7/8/15

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Illinois

RECEIVED JUL 8 2015
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Forensic images of computers seized from<br>the Law Offices of Beau B. Brindley and Associates,<br>as further described in Attachment A | )<br>)<br>) Case No. 14-CR-468<br>)<br>)<br>) |

FILED JUL 8 2015
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___Illinois___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
✓ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 7/8/2015

City and state: Chicago, Illinois

*Judge's signature*

Harry D. Leinenweber, U.S. District Court Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | **Return** | |
|---|---|---|
| Case No.: 14-CR-468 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

Subscribed, sworn to, and returned before me this date

_____    _____
U.S. Magistrate Judge                                                        (Date)

## ATTACHMENT A

### DESCRIPTION OF ITEMS TO BE SEARCHED

Forensic images of computers from the Law Offices of Beau B. Brindley obtained during the execution of a search warrant in July 2014. The images were created from the following computers and removable media: E-Machine, Serial # GC47510020698; iMac, Serial # QP8050QKZCT; iMac, Serial # QP01807T5PK; iMac, Serial # D25GM032DHJF; Barnes & Noble E-Reader Tablet, Serial # 1000740017060039; 1GB faux wood-grain USB thumb drive; Kingston 32GB USB thumb drive; and HP laptop, Serial # CNF7114GLN. These images are currently in the possession of the Federal Bureau of Investigation.

## ATTACHMENT B

### LIST OF ITEMS TO BE SEIZED

1. Evidence and instrumentalities concerning violations of Title 18, United States Code, Section 1622 (subornation of perjury); Title 18, United States Code, Section 1623 (false declarations before a court); Title 18, United State Code, Section 1512(c)(2) (tampering with a witness), and Title 18, United States Code, Section 371 (conspiracy to commit perjury and to obstruct justice); including the following:

   a. Documents, records, and communications related to the representation of Isaac Myles in *United States v. Isaac Myles,* including notes and descriptions of the expected testimony of Isaac Myles;

   b. Documents, records, and communications related to the testimony of Karilyn Wilcox in *United States v. Bennie Wilcox,* including notes and descriptions of the expected testimony of Karilyn Wilcox;

   c. Documents, records, and communications related to the appearance of Charisma Tabor before the Special September 2012 Grand Jury;

   d. Any summaries of meetings, including information reflecting who was present at the meeting, with Isaac Myles, Karilyn Wilcox, and Charisma Tabor;

   e. Calendar entries reflecting meetings with Isaac Myles, Karilyn Wilcox, and Charisma Tabor;

   f. Documents, records, and communications related to the documents titled "Status Report" and "Statement of Corrections" filed in the case of *United States v. David Conrad* on April 7, 2010 and April 12, 2010;

g. Communications between Beau Brindely, Michael Thompson, and Blair Westover regarding the meeting between Beau Brindley and David Conrad that took place at the MCC on April 7, 2010; and

h. Financial records related to the representation of Isaac Myles and Charisma Tabor.