UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 14-CR-468 |
| v. | ) | |
| | ) | Honorable Harry D. Leinenweber |
| BEAU B. BRINDLEY and | ) | U.S. District Judge |
| MICHAEL THOMPSON | ) | |

**PETITION FOR ORDER GRANTING IMMUNITY PURSUANT TO
SECTION 6002, TITLE l8, UNITED STATES CODE,
TO COMPEL TESTIMONY OF WITNESS**

The UNITED STATES OF AMERICA, by LORETTA E. LYNCH, United States Attorney General, JAMES L. SANTELLE, United States Attorney for the Eastern District of Wisconsin, and Assistant U.S. Attorneys Michael Chmelar and Mel Johnson, state as follows:

1.      The above-captioned case is scheduled for trial, beginning on August 17, 2015.

2.      The government will seek testimony and evidence from Timothy Witczak at that trial.

3.      Timothy Witczak, through his attorney Gal Pissetzky, has indicated that if he is subpoenaed to testify at that trial, he will assert his privilege against self-incrimination under the Fifth Amendment to the United States Constitution.

4.      It is my judgment as United States Attorney for the Eastern District of Wisconsin that the testimony and evidence of Timothy Witczak in the proceedings before the Court are necessary to the public interest.

5.      Therefore, I have sought and obtained approval from the designated representative of the Attorney General of the United States to make application to this Court that Timothy Witczak be instructed by the Court to testify and produce evidence in the proceedings before the

Court in the above-captioned matter; all in accordance with the terms and provisions of Title l8, United States Code, Sections 6002 and 6003.  A copy of a letter from the Assistant Attorney General of the Criminal Division, United States Department of Justice, setting out the above-mentioned approval, is attached to this petition.

WHEREFORE, the United States requests that the Court enter an Order instructing Timothy Witczak to testify and produce evidence in the in the above captioned case, subject to the provisions of l8 U.S.C. § 6002, namely, that no testimony or other information compelled under the Order (or any information directly or indirectly derived from such testimony or other information) may be used against him in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with the Order.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney General


*/s/James L. Santelle*
JAMES L. SANTELLE
United States Attorney
Eastern District of Wisconsin


*/s/Michael Chmelar*
Michael Chmelar
Assistant United States Attorney
Eastern District of Wisconsin
517 East Wisconsin
Milwaukee, Wisconsin 53202
(414) 297-1728

Date: July 30, 2015



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*    Washington, D.C. 20530

SEP 15 2014

The Honorable James L. Santelle
United States Attorney
Eastern District of Wisconsin
530 Federal Building
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

Attention:    Michael Chmelar and Mel Johnson
              Assistant United States Attorneys

Re:    *Continuing grand jury investigation concerning violations of 18 U.S.C.
       §§ 371, 1512 (c)(2) and 1623(a)*

Dear Mr. Santelle:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby authorize you to apply to the United States District Court for the Northern District of Illinois for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Timothy J. Witczak to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that such individual refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Leslie R. Caldwell
Assistant Attorney General

PAUL M O'BRIEN
DEPUTY ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION