IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 CR 468 |
| | ) | Judge Harry D. Leinenweber |
| BEAU B. BRINDLEY and | ) | |
| MICHAEL THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

This matter coming to be heard by this Court on the request of Defendants **BEAU BRINDLEY** and **MICHAEL THOMPSON** for this Court to enter an order requiring the Metropolitan Correctional Center to preserve and produce video and audio records, the government having no objection, and the Court being fully apprised in the premises:

**IT IS NOW HEREBY ORDERED** that the Metropolitan Correctional Center preserve and produce to counsel for Defendants and the Prosecution the following video and audio records:

| Date | Time | Location |
|---|---|---|
| July 20, 2015 | 7:00 pm to 11:00 pm | Day Room, 21st Floor |
| July 29, 2015 | 8:30 am to 12:00 pm | Inmate Gym Area, Day Room, 21st Floor |
| July 29, 2015 | 2:30 pm to 7:30 pm | Section 1, 21st Floor |
| July 31, 2015 | 4:30 pm to 9:00 pm | Section 1, 21st Floor |
| August 1, 2015 | 4:30 pm to 9:00 pm | Section 1, 21st Floor |

| Date | Time | Location |
|---|---|---|
| August 3, 2015 | 10:30 am to 12:30 pm | Inmate Gym Area, Day Room, 21st Floor |
| August 5, 2015 | 11:00 am to 1:00 pm | Inmate Gym Area, Day Room, 21st Floor |
| August 5, 2015 | 5:00 pm to 7:00pm | Section 1, 21st Floor |

_____8/10/15_____
Date

_____[signature]_____
Judge Harry D. Leinenweber
United States District Court Judge