IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 CR 468 |
| | ) | Judge Harry D. Leinenweber |
| BEAU B. BRINDLEY and | ) | |
| MICHAEL THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

**PROTECTIVE ORDER GOVERNING VIDEO PRODUCED BY MCC**

Upon the agreement of the parties, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. By separate order (Docket No. 89) the Court directed the MCC to produce various video and audio recordings (the "produced materials") to the parties.

2. The produced materials shall not be shared with or disclosed to any person or entity other than defense counsel, government counsel, Defendants Brindley and Thompson (as limited below), and potential witnesses (as limited below).

3. The produced materials (originals or copies) shall not be provided to the defendants. The defendants may view the produced materials in defense counsel's office, and their review of the produced materials shall only be for purposes of this case.

4. The produced materials (originals or copies) shall not be provided to potential witnesses or their counsel. Relevant portions of the materials may be shown to potential witnesses and/or counsel for such witnesses. Such review shall only be for purposes of this case.

5. The produced materials shall be used only in conjunction with this case and not for any

other case or other purpose.

6. At the conclusion of this case, the produced materials (original and copies) shall be returned to the government. Any portions of the produced materials introduced into evidence or otherwise played in court may be maintained by defense or government counsel.

7. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
HARRY D. LEINENWEBER
District Judge
United States District Court
Northern District of Illinois

Date: 8/12/2015